# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL LYDELL HOWARD, | ) Case No.: 2:22-cv-08999-AFM |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER AWARDING |
| vs. | ) EQUAL ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| KILOLO KIJAKAZI, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Acting Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:    5/13/2024

*/s/ Michael R. Wilner*

THE HONORABLE ~~ALEXANDER F. MACKINNON~~
UNITED STATES MAGISTRATE JUDGE

Thank you for the polite nudge (Docket # 28) to reassign the action.  MRW

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3 |           /s/  *Monica Perales*
  | BY: _____
4 |       Monica Perales
  |       Attorney for plaintiff Kendall Lydell Howard
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |